**Lula RATLIFF, Appellant,**

**v.**

**John RATLIFF, Appellee.**

Court of Appeals of Kentucky.

Dec. 10, 1954.

———◆———

V. R. Bentley, Pikeville, for appellant.

Francis M. Burke and F. Dale Burke, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Jean L. Auxier, Judge.

We are affirming the judgment in this case for $200 lump sum alimony because we think there was ample evidence to support the findings of the master commissioner which were adopted by the chancellor.

The motion for an appeal is overruled, and the judgment is affirmed.